USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/02/2026

**HANSKI PARTNERS LLC**
4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

November 2, 2026

**APPLICATION GRANTED:** **The Initial Conference set for 11/9/2028 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, December 17, 2026, at 11:30 a.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
11/02/2026

*Via ECF*
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Letter Motion to Adjourn Initial Case Management Conference*
*Sam Worrell v. 212 Middle Neck LLC et al.; Case No. 1:26-CV-06887(VSB)(KHP)*

Dear Judge Parker:

We represent Plaintiff Sam Worrell in the above-referenced action. Plaintiff respectfully requests that the Court adjourn the initial case management conference currently scheduled for November 9, 2026, at 11:00 a.m. by thirty (30) days, or a later date convenient for the Court because Defendants have not yet appeared in the action. For the same reason, Plaintiff also respectfully requests that the Court extend the November 2, 2026 deadline to file a proposed scheduling order to one week before the rescheduled conference.

Plaintiff effectuated service on Defendants via the Secretary of State on August 20, 2026[1], and Defendants' time to answer or otherwise respond expired on September 10, 2026. Plaintiff also obtained Certificates of Default as to all Defendants due to their failure to appear and timely answer or otherwise respond to Plaintiff's complaint. Plaintiff is continuing efforts to secure Defendants' appearances without further motion practice. Accordingly, Plaintiff respectfully requests a thirty (30) day adjournment to allow those efforts to continue.

We thank the Court for its time and consideration of this application.

Respectfully,

/s/
Robert G. Hanski, Esq.

[1] Plaintiff filed the affidavits of service on September 29, 2026 (ECF Nos. 7-12).